GMP:ACG/MPR/GSK
F. # 2017R00723/OCDETF # NY-NYE-777

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

~~PROPOSED~~ O R D E R

CR 17-0213 (MKB)

– against –

CARLOS ANDRES GALLO RODRIGUEZ,

Defendant.

- - - - - - - - - - - - - - - - - - -X

Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew C. Gilman, for an order authorizing the limited unsealing of the indictment and accompanying arrest warrants in the above-captioned matter,

WHEREFORE, it is ordered that the indictment and accompanying arrest warrants in the above-captioned matter will be subjected to limited unsealing for the purpose of disclosure to and by law enforcement personnel, including foreign authorities and via the International Criminal Police Organization ("INTERPOL"), for use in locating or arresting the defendant.

IT IS FURTHER ORDERED that the Court's Order be sealed, that the

indictment and accompanying arrest warrants remain under seal otherwise, and that certified copies of this Order be provided by the Clerk of this Court to the United States Attorney's Office.

Dated: Brooklyn, New York
April 28, 2017

s/Steven L. Tiscione
_____
HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:ACG/MPR/GSK
F. # 2017R00723/OCDETF # NY-NYE-777

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 28, 2017

<u>TO BE FILED UNDER SEAL</u>

<u>By Hand</u>

The Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Carlos Andres Gallo Rodriguez</u>
              <u>Criminal Docket No. 17-0213 (MKB)</u>

Dear Judge Tiscione:

      The government respectfully submits this letter to request that the Court order the limited unsealing of the indictment and accompanying arrest warrants in the above-captioned matter for the limited purpose of disclosure to and by law enforcement personnel, including foreign authorities and via the International Criminal Police Organization ("INTERPOL"), for use in locating or arresting the defendant.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:    /s/ Andrew C. Gilman
        Andrew C. Gilman
        Assistant U.S. Attorney
        (718) 254-6435

Enclosure