UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CARLOS ANDRES GALLO
RODRIGUEZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>UNSEALING ORDER</u>

Docket No. <u>17-CR-213 (MKB)</u>

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erin Reid, for an order unsealing the above-captioned matter.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           December 14, 2018

                                        *Steven Tiscione*

                                        HONORABLE STEVEN L. TISCIONE
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK