# WM | Wright & Marinelli, LLP
ATTORNEYS AT LAW

---

**305 BROADWAY, SUITE 1001,
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**

January 22, 2020

<u>Via ECF</u>

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *United States v. Carlos Andres Gallo Rodriguez*
                 **Crim. Doc. No. 17-213 (MKB)**

Dear Judge Brodie:

      The undersigned and Sally Butler represent Carlos Andres Gallo Rodriguez who is scheduled to appear before Your Honor on January 24, 2020 at 10:00am. We respectfully request that the matter be adjourned until a date in mid-March that is convenient for Your Honor.

      This request is made with no objection from the Government and would be in the interests of justice as the parties continue to negotiate a resolution of the matter. The defendant knowingly consents to exclude time under the Speedy Trial Act until the date of the next status conference.

                                                                      Respectfully submitted,
                                                                    /s/
                                                                    Christopher Wright

Cc: AUSA Erin Reid (via ECF)