

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMR
F#: 2017R00722

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 27, 2020

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Carlos Andres Gallo Rodriguez
           Criminal Docket No. 17-213 (MKB)

Dear Judge Brodie:

      The government respectfully writes, with the consent of defense counsel, to request an adjournment of the April 2, 2020 status conference in the above-referenced matter to a date at least thirty days in the future, in light of ongoing current events and public health concerns associated with the COVID-19 pandemic. The parties jointly request that the Court enter an order of excludable delay to permit the parties to continue to engage in plea negotiations during this time period.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Erin Reid
      Erin Reid
      Assistant U.S. Attorney
      (718) 254-6361

cc: Bobbi Sternheim, Esq. (by ECF)
    Clerk of the Court (MKB) (by ECF)