# JEFFREY COHN
**Attorney at Law**
**35 East 85th Street, Suite 4B**
**New York, New York, 10028**
**646-201-5202**
**jcohnlaw@gmail.com**

```
By ecf
Honorable Margo K. Brodie
U.S. District Judge
Eastern District of New York

Re:   United States v. Luis Bello, 17 Cr. 213 (MKB)


Dear Judge Brodie,
```

I write to request an accelerated sentence date for Carlos Rodriguez in the above-referenced date. Depending on the final guidelines calculation, it's entirely possible that the currently scheduled date in June would cause unnecessary incarceration.
Sincerely
Jeff cohn
Attorney for Carlos Gallo Rodriguez
Copy / AUSA Erin Reid (by ecf)